UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-134 (JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM CHARLES LAFROMBOISE,<br><br>　　　　　Defendant. | **Government's Motion to Dismiss Complaint without Prejudice** |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves the Court for an order to dismiss without prejudice the Complaint filed in this matter against the defendant, William Charles LaFromboise pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. This dismissal will serve the interests of justice.


Dated:  March 5, 2026　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL N. ROSEN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　s/ *Zain Abid*
　　　　　　　　　　　　BY:　ZAIN ABID
　　　　　　　　　　　　　　　　Special Ass't United States Attorney
　　　　　　　　　　　　　　　　District of Minnesota